UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
TARA MAHONEY

                           Plaintiff,

v.

SUNNYMEADE LEASING L.L.C., PATRIZIAS OF STATEN ISLAND LLC AND ELTINGVILLE COMMONS, LLC

                          Defendants.
---------------------------------------------------------------x

Docket No. 1:22-cv-00680 (NGG) (RLM)

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i) AS AGAINST DEFENDANT SUNNYMEADE LEASING L.L.C. ONLY**

**<u>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)</u>**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Tara Mahoney hereby dismisses ONLY defendant Sunnymeade Leasing L.L.C. from the above captioned action.

For the avoidance of doubt, plaintiff is not dismissing any other defendant than defendant Sunnymeade Leasing L.L.C.

Dated: July 5, 2022
       New York, New York

**PARKER HANSKI LLC**

By: \_\_\_/s_____
Glen Parker, Esq.
Attorneys for Plaintiff
40 Worth Street, Suite 602
New York, New York 10013
Tel (212) 248-7400
Fax (212) 248-5600
ghp@parkerhanski.com

**So Ordered.**
s/Nicholas G. Garaufis
_____
Hon. Nicholas G. Garaufis
Date: 7/5/22