UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x
TARA MAHONEY

                        Plaintiff,

               v.

PATRIZIAS OF STATEN ISLAND LLC AND
ELTINGVILLE COMMONS, LLC

                        Defendants.
---------------------------------------------------------------------x

Docket No. 1:22-cv-00680
(NGG) (RLM)

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, attorneys of record for the respective parties in the above-captioned action, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all the claims asserted or could have been asserted in the above-captioned action are hereby voluntarily dismissed with prejudice and without costs, fees, or expenses.

Dated: August 26, 2022
         New York, New York

**PARKER HANSKI LLC**

By: _____
    Glen H. Parker, Esq.
    Attorneys for Plaintiff
    40 Worth Street, Suite 602
    New York, New York 10013
    Tel (212) 248-7400
    Fax (212) 248-5600
    ghp@parkerhanski.com

**SOKOLOFF STERN LLP**

By: _Adam A. Kleinberg_
    Adam Kleinberg, Esq.
    Attorneys for the Defendants
    Patrizias of Staten Island LLC and
    Eltingville Commons, LLC
    179 Westbury Avenue, 2nd Floor
    Carle Place, New York 11514
    P: (516) 334-4500 x109
    F: (516) 334-4501
    C: (631) 626-6745
    akleinberg@sokoloffstern.com

**So Ordered.**
s/Nicholas G. Garaufis
_____
Hon. Nicholas G. Garaufis
Date: 10/4/22